*Thursday, October 7, 1999*

## RECONSIDERATION DOCKET

**99–1107.   State v. Homan.**
Erie App. No. E–97–100. Reported at 86 Ohio St.3d 1423, 712 N.E.2d 124. On October 4, 1999, *amicus curiae*, Ohio Prosecuting Attorneys Association, filed a motion for leave to file a motion for reconsideration and a motion for reconsideration. Whereas S.Ct.Prac.R. XI(2) prescribes that an *amicus curiae* may not file a motion for reconsideration without prior leave of this court,

IT IS ORDERED by the court, *sua sponte*, that the motion for reconsideration be, and hereby is, stricken.

RESNICK, J., not participating.

## MISCELLANEOUS DISMISSALS

**99–1030.   State ex rel. Blake v. Indus. Comm.**
Franklin App. No. 98AP–629. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**99–1689.   State ex rel. CBS Broadcasting, Inc. v. Webb.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relators' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**99–1736.   State ex rel. Brown v. Indus. Comm.**
Franklin App. No. 98AP–596. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.